# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAN ANTHONY,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JUDGE DANIEL SEGURA,<br><br>　　　　　　　　Defendant. | Case No. 24-cv-0458-BAS-SBC<br><br>**ORDER DENYING MOTION FOR *EX PARTE* TEMPORARY RESTRAINING ORDER (ECF No. 1)** |

　　　Before the Court is Plaintiff Marian Anthony's Complaint and Request for a Temporary Restraining Order. (ECF No. 1.) Because the defendant in this case has not yet been served, this request is made *ex parte*.

　　　For a court to grant a TRO, the moving party must show: (1) a likelihood of success on the merits; (2) a likelihood of irreparable harm to the moving party in the absence of preliminary relief; (3) that the balance of equities tips in favor of the moving party; and (4) that an injunction is in the public interest. *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008). Generally, a TRO is "an extraordinary remedy that may only be awarded upon a clear showing that the plaintiff is entitled to such relief." *Id.* at 22. For a TRO granted *ex parte*, or without notice to the opposing party, the burden is even higher and "courts have recognized very few circumstances justifying the issuance of an *ex parte* TRO." *Reno Air Racing Ass'n. v. McCord*, 452 F.3d 1126, 1131 (9th Cir. 2006).

Here Plaintiff requests the TRO against a state-court judge to "declare . . . all prior orders a nullity, with no lawful enforcement." (ECF No. 1 at 6.) Plaintiff claims Defendant Judge Daniel Segura "violated the US constitution, Article 3, and Federal Civil Rule 58." (*Id.* at 5.) Plaintiff claims Judge Segura did so when he issued an order "in vacation" and "without governmental power." (*Id.*) Plaintiff does not offer either a copy of the order at issue or explain the facts giving rise to Plaintiff's claims. Further, Anthony does not provide a reason for why this Court should grant a TRO against the defendant without due notice to the defendant to appear and defend against this action and Plaintiff's allegations. Accordingly, Plaintiff has failed to meet their burden in requesting this Court grant a TRO and the request is hereby **DENIED**.

**IT IS SO ORDERED.**

**DATED: March 11, 2024**

Hon. Cynthia Bashant
United States District Judge